MILFORD BEACH ASSOCIATES *v.*<br>ROBERT HEYER ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 64 Conn. App. 901 (AC 20868), is denied.

*Abram Heisler*, in support of the petition.

*Eric T. Dean, Jr.*, in opposition.

Decided September 20, 2001

STATE OF CONNECTICUT *v.* ALKEITH GAYLE

The defendant's petition for certification for appeal from the Appellate Court, 64 Conn. App. 596 (AC 20881), is denied.

*James B. Streeto*, deputy assistant public defender, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided September 20, 2001